# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Adrienne Gawlowski

                          Plaintiff,

v.                                          Case No.: 1:09−cv−02229
                                                        Honorable Milton I. Shadur

Collectcorp Corporation

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2009:

      MINUTE entry before the Honorable Milton I. Shadur: On Plaintiff's oral motion this action is hereby dismissed with leave to move to reinstate on or before June 26, 2009. Absent a timely filed motion to dismiss this order will become final on June 29, 2009. The May 29 status hearing date is vacated.Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.